AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
## Northern District of Illinois

| | |
|---|---|
| **Deutsche Bank National Trust Company** ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 12 C 3644 |
| ) | |
| **Herbert N. Elesh** ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other:

Judgment of dismissal for lack of subject matter jurisdiction is entered in favor of the defendant Herbert N. Elesh and against plaintiff Bank National Trust Company Deutsche Bank National Trust Company.

.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Ronald A. Guzman on a motion for dismissal.

.

Date: May 21, 2013

Thomas G. Bruton, Clerk of Court

/S Carole Gainer